# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America | CRIMINAL COMPLAINT |
| vs. | CASE: 17-10818M |
| | Citizenship: Mexico |
| Jose Omar-Guzman | |

   I state that I am a Border Patrol Agent and that this complaint is based on the following facts:
COUNT 1: On or about September 13, 2017 at or near Arivaca, Arizona, in the District of Arizona, Jose Omar-Guzman, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Nogales, Arizona on April 4, 2017 and not having obtained the express consent of the Attorney General or Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code 1326(a)(1).
COUNT 2: That on or about September 12, 2017 at or near Sasabe, Arizona in the District of Arizona, Jose Omar-Guzman, an alien, did unlawfully enter the United States of America from the United States of Mexico, at a time and place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code 1325(a)(1).

   Jose Omar-Guzman is a citizen of Mexico. On April 4, 2017, Jose Omar-Guzman was lawfully denied admission, excluded, deported and removed from the United States through Nogales, Arizona. On September 13, 2017, agents found Jose Omar-Guzman in the United States at or near Arivaca, Arizona without the proper immigration documents. Jose Omar-Guzman did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States. Jose Omar-Guzman, an alien, was found by agents in the United States of America without proper immigration documents. Furthermore, Jose Omar-Guzman admitted to entering the United States of America from the United States of Mexico illegally, without then being inspected by immigration officers, on September 12, 2017, at or near Sasabe, Arizona.

File Date: 09/14/2017            at Tucson, Arizona

Ryan Worden, Border Patrol Agent

Sworn to before me and subscribed in my presence,

Date Signed: 09/14/2017

Bernardo P. Velasco
United States Magistrate Judge

Alien Number: 209 144 654